A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 865

**S. C. (alias Collins, alias Cotton) ROPER v. STATE.**

**6 Div. 885.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Buying, receiving, or concealing stolen property.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

49 So.2d 927

**James RUSSELL v. STATE.**

**6 Div. 35.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

46 So.2d 865

**Virgil SALLY, alias Sallie, alias Solley v. STATE.**

**6 Div. 946.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

HARWOOD, Judge.
Affirmed.

46 So.2d 866

**David SANDERS v. STATE.**

**4 Div. 133.**

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Russell County; Julius B. Hicks, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 866

**C. W. (alias Claud W.) SANDERS v. STATE.**

**6 Div. 989.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Leaving scene of accident.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

47 So.2d 925

**Louise SANDERS v. STATE.**

**6 Div. 922.**

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault to murder.